UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIEKA HUTCHINSON, et al.,

       Plaintiffs,

v.

EDDIE SMITH, et al.,

       Defendants.
_____/

CIVIL ACTION NO. 07-10689

DISTRICT JUDGE GEORGE CARAM STEEH

MAGISTRATE JUDGE DONALD A. SCHEER

## **ORDER**

Plaintiffs' Motion to Compel Discovery and for Sanctions was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on September 25, 2007. It appearing that Defendants have failed to file a written response to the Motion, Plaintiff's Motion is granted.

Defendants are ordered to provide counsel for Plaintiff with formal, signed written responses to Plaintiffs' December 2006 discovery requests within seven (7) days of the date of the hearing . Defendants are further ordered to cooperate with counsel for Plaintiffs in the scheduling of the depositions which are the subject of the Motion. Defendants are further ordered to certify compliance with this Court's July 9, 2007 Discovery Order and this Order within seven (7) days of the date of the hearing.

Should Defendants fail to comply with the terms of this Order, Plaintiffs may renew the Motion to Compel Discovery and for Sanctions.

                                              S/Donald A. Scheer
                                              DONALD A. SCHEER
                                              UNITED STATES MAGISTRATE JUDGE

DATED: October 18, 2007
Nunc Pro Tunc 9/25/07

## CERTIFICATE OF SERVICE

I hereby certify on October 18, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 18, 2007. **None.**

s/Michael E. Lang  
Deputy Clerk to  
Magistrate Judge Donald A. Scheer  
(313) 234-5217